STEARNS et al., Respondents, v. LICHTENSTEIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Benjamin Stearns and Solomon Spingarn against Melvin Lichtenstein and others, as executors, etc. No opinion. Application for leave to appeal to the court of appeals denied. See 62 N. Y. Supp. 949.

STRAUSS, Appellant, v. STEINERT et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Paul Strauss against H. William Steinert and others. No opinion. Order affirmed, with $10 costs and disbursements.

TAMS et al., Respondents, v. WITMARK et al., Appellants. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by Arthur W. Tams and others against Marcus Witmark and others. B. Loewy, for appellants. J. A. Douglas, for respondents. No opinion. Judgment affirmed, with costs. on opinion of the court below. 63 N. Y. Supp. 721.

THOMAS v. SCHUMACHER et al. (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by Landon A. Thomas against Charles Schumacher and others. No opinion. Motion granted, on payment of $50 costs and all disbursements caused by amendment of order, and, in case the defendants withdraw their appeal, on payment of all costs and disbursements of appeal. See 45 N. Y. Supp. 166; 62 N. Y. Supp. 1149.

THOMSON v. CRUIKSHANK. (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by David Thomson against Annie C. Cruikshank. No opinion. Motion granted, with $10 costs.

TIBBITTS, Appellant, v. BEEBE, Respondent. (Supreme Court, Appellate Division, Third Department. March 7, 1900.) Action by W. Henry Tibbitts against Julia D. Beebe, as executrix, etc. No opinion. Judgment affirmed, with costs.

TOY, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Term. March 5, 1900.) Action by Laura A. Toy against the Long Island Railroad Company. From a judgment in favor of plaintiff, defendant appeals. Affirmed. For former report, see 56 N. Y. Supp. 182. William J. Kelly, for appellant. John P. East, for respondent.

PER CURIAM. Judgment affirmed, with costs.

TREAT v. UNION TRUST CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by Clerihew Rutan Treat against the Union Trust Company of New York. No opinion. Motion granted, with $10 costs.

TURK, Respondent, v. BOLLES et al., Appellants. (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by Robert L. Turk against Charles J. Bolles and another. J. J. Allen, for appellants. W. G. Romaine, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

TURNER, Respondent, v. PFLUKE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1900.) Action by Eugene L. Turner against Volney G. Pfluke.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide the event. Held, that the real question to be litigated relates to transactions which took place in the county of Oneida.

TWEDDLE v. NEW YORK LIFE INS. CO. et al. (Supreme Court, Appellate Division, First Department. April 2, 1900.) Action by Emma Clark Tweddle against the New York Life Insurance Company and others. No opinion. Motion denied. See 63 N. Y. Supp. 369.

USHER, Respondent, v. VAN VRANKEN et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 7, 1900.) Action by Hannah E. Usher against Josiah Van Vranken, Anson R. Flower, and others. No opinion. Judgment affirmed, with costs, with leave to the appellants to answer upon payment of costs of demurrer and of this appeal within 20 days after service of a copy of this order. See 63 N. Y. Supp. 104.

VALENTINE v. ROEDELSPERGER. (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by Moses Valentine against Carl Roedelsperger. No opinion. Motion granted, with $10 costs.

VERPLANCK, Appellant, v. GODFREY et al., Respondents. (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by Virginia E. Verplanck against Mary A. Godfrey and others. W. E. Wyett, for appellant. C. C. Alden, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 60 N. Y. Supp. 1150.

VOIGHT, Respondent, v. McMANUS, Appellant. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by Albert G. Voight against William McManus. F. St. John, for appellant. W. M. Bennett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

VON SEGGERN v. SCHMALTZ CIGAR-MACH. CO. (Supreme Court, Appellate Division, First Department. March 23, 1900.) Action by Arend H. Von Seggern against the Schmaltz Cigar-Machine Company. No opinion. Motion granted, with $10 costs.